COM.

v.

**HAWCHAR, R.**

**334 WDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–02–CR–0007016–2015 (Allegheny)

Affirmed

COM.

v.

**BENOIT, A.**

**478 WDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–63–CR–0000616–2015
(Washington)

Affirmed

COM.

v.

**BENOIT, A.**

**479 WDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–63–CR–0000261–2015
(Washington)

Affirmed

COM.

v.

**LINNEN, P.**

**614 WDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–02–CR–0013602–2013 (Allegheny)

Vacated/Remanded

